```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 04575
   KORTEZ L BLACKMON
   LATYAH S BLACKMON                               CHAPTER 13

                                                   JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4937      SSN XXX-XX-2679

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/15/2007 and was not confirmed.

     The case was dismissed without confirmation 10/04/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE         .00            .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE      459.42            .00             .00
AMERICREDIT FINANCIAL SE  SECURED VEHIC    21084.58            .00         1644.21
AMERICREDIT FINANCIAL SE  UNSECURED           52.58            .00             .00
COOK COUNTY TREASURER     SECURED           2259.00            .00          135.83
STATE OF ILLINOIS         SECURED NOT I     2736.00            .00             .00
SPRINT PCS                UNSECURED         NOT FILED          .00             .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED          .00             .00
CITY OF CALUMET CITY      UNSECURED         NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED          180.00            .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00             .00
WOW INTERNET & CABLE SER  UNSECURED         NOT FILED          .00             .00
ACTIVITY COLLECTION       UNSECURED          335.00            .00             .00
MIDWEST EYE CENTER        UNSECURED         NOT FILED          .00             .00
VERIZON                   UNSECURED         NOT FILED          .00             .00
VERIZON                   UNSECURED         NOT FILED          .00             .00
NICOR GAS                 UNSECURED          470.23            .00             .00
PRIMUS FINANCIAL SERVICE  UNSECURED         NOT FILED          .00             .00
RMI/MCSI                  UNSECURED          250.00            .00             .00
IL DEPT OF EMPLOYMENT SE  UNSECURED         1740.00            .00             .00
WEXLER & WEXLER           UNSECURED          935.64            .00             .00
AMERICAS SERVICING COMPA  NOTICE ONLY       NOT FILED          .00             .00
US BANK NATIONAL          NOTICE ONLY       NOT FILED          .00             .00
ILLINOIS DEPT OF REV      PRIORITY           160.00            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                           119.96
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,900.00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04575 KORTEZ L BLACKMON & LATYAH S BLACKMON
```

```
PRIORITY                                                             .00
SECURED                                                         1,780.04
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              119.96
DEBTOR REFUND                                                        .00
                                        ---------------   ---------------
TOTALS                                         1,900.00          1,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 01/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```